IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR147 |
| vs. | |
| DILANG D. DAT, | ORDER |
| Defendant. | |

The court, having granted Motion to Withdraw as Counsel (Filing No. 146), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Peder C. Bartling, 209 South 19th Street, Suite 500, Omaha, NE 68102, (402) 344-0109, is appointed to represent Dilang D. Dat for the balance of these proceedings pursuant to the Criminal Justice Act. Terrance O. Waite shall forthwith provide Peder C. Bartling any discovery materials provided to the defendant by the government and any such other materials obtained by Terrance O. Waite which are material to Dilang D. Dat's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Peder C. Bartling.

DATED this 16th day of March, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge