# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR147 |
| vs. | |
| DILANG DAT, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Dilang Dat's motion (Filing No. 231) requesting the Clerk of Court provide him with a copy of the docket sheet in this case without payment of costs because he is indigent.

On January 26, 2022, Dat was arrested by the Omaha Police Department following the execution of a search warrant at his shared residence, resulting in the recovery of a firearm. Dat was charged in state court with being a felon in possession of a firearm. On June 14, 2022, a federal grand jury returned an Indictment charging Dat with being a felon in possession of a handgun, also arising out of the January 26, 2022, search of his shared residence. (Filing No. 1).

Dat was dissatisfied with two court-appointed attorneys, and has chosen to proceed without counsel. Dat filed the instant request for a free copy of the docket sheet to allow him "to cite specific filing numbers for future briefs or correspondences related to the case." However, a criminal defendant does not have a right to obtain copies of court filings without payment. And, even if a defendant is indigent,[1] he is not automatically entitled to free copies of court documents. In this case, Dat's prior counsel already filed pretrial motions (which were denied by the Court). The Court also permitted Dat to file another pretrial motion by January 31, 2024, and Dat's pro se motion to dismiss the charge against him in this case on constitutional grounds remains pending. (Filing No. 222). The pretrial motion deadline has otherwise expired. Under the circumstances, the Court is not inclined to order a copy of the docket sheet at the government's expense. Dat may pay for the requested copy of the docket sheet at the established rate of 50¢ per page. Accordingly,

---

[1] Dat has not filed an affidavit as required under 28 U.S.C. § 1915(a)(1), so the Court has not determined he is indigent.

2

**IT IS ORDERED** that defendant Dilang Dat's motion (Filing No. 231) requesting copies without payment of costs is denied. The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page.

Dated this 6th day of March, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

2