IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DILANG N. DAT,<br><br>     Defendant. | 8:22–CR–147<br><br>ORDER |

  This matter is before the Court on Defendant Dilang N. Dat's Motion to Appoint Counsel. Filing 246. Dat previously requested to proceed *pro se*, and the Court granted his request on December 29, 2023, after holding a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975). Filing 220 (Text Minute Entry). On April 5, 2024, however, the Court received a letter from Dat requesting that the Court issue an "order appointing counsel to represent him in this criminal prosecution pursuant to Amendment VI to the Constitution of the United States of America." Filing 246 at 1. The Court will grant Dat's request for appointment of counsel. The Court further finds that Dat is eligible for appointment of counsel pursuant to the Criminal, Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. However, to the extent Dat seeks any other relief in Filing 246, those requests are denied.

  IT IS ORDERED:

  1. Dat's Motion for Appointment of Counsel, Filing 246, is granted to the extent he seeks the appointment of Counsel, and denied in all other respects;

  2. Attorney Peder C. Bartling of the Bartling Law Firm, 209 South 19th Street, Suite 500, Omaha, NE 68102, is reappointed to represent Dilang N. Dat in this matter.

  3. The Clerk shall provide a copy of this Order to Peder C. Bartling.

1

Dated this 8th day of April, 2024.

BY THE COURT:

s/ Michael D. Nelson_____
Michael D. Nelson
United States Magistrate Judge